UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61972-CIV-ALTMAN/Hunt

SECURITIES AND EXCHANGE COMMISSION,

    *Plaintiff*,

v.

ANDREW DALE LEDBETTER,

    *Defendant*.

_____/

# FINAL JUDGMENT

The Securities and Exchange Commission has filed an Unopposed Motion for a Final Judgment Against Defendant Andrew Dale Ledbetter [ECF No. 15] (the "Motion"). By the Consent of Defendant Andrew Dale Ledbetter to Final Judgment [ECF No. 15-2] (the "Consent"), Ledbetter has waived service of a summons and the Complaint, entered a general appearance, consented to entry of this Final Judgment, waived findings of fact and conclusions of law, and waived any right to appeal from this Final Judgment. The Court finds good cause exists for entry of the Final Judgment. Accordingly, the Commission's Motion is **GRANTED**. The Court further orders as follows:

## I.

## DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTY

**IT IS ORDERED AND ADJUDGED** that Ledbetter is liable to the Commission for disgorgement of $2,993,887, representing profits gained as a result of the conduct alleged in the Complaint, and prejudgment interest on disgorgement of $422,854, for a total of $3,406,741. This amount shall be deemed satisfied by the Order of Restitution entered in the criminal case of *United States v. Ledbetter*, Case No. 20-cr-60103 (S.D. Fla. 2020) on August 27, 2021.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Commission's claim for a civil penalty against Ledbetter is dismissed.

## II.

## INCORPORATION OF CONSENT

**IT IS FURTHER ORDERED AND ADJUDGED** that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and Ledbetter shall comply with all of the undertakings and agreements set forth therein.

## III.

## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter and over Ledbetter in order to implement and carry out the terms of this Final Judgment and all Orders and Decrees that may be entered, to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and to order any other relief that this Court deems appropriate under the circumstances.

## IV.

## BANKRUPTCY NONDISCHARGEABILITY

**IT IS FURTHER ORDERED AND ADJUDGED** that for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. § 523, the allegations in the Amended Complaint are true and admitted by Ledbetter. Further, any debt for a disgorgement or a civil penalty or other amounts due by Ledbetter under this Final Judgment or any other judgment, order, consent order, decree, or settlement agreement entered in connection with this proceeding, is a debt for the violation by Ledbetter of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of November 2021.



_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

Copies: counsel of record